**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 06, 2014

Mr. Adam S. Baldridge
Mr. Grady M. Garrison
Mr. Bradley E. Trammell
Baker Donelson
165 Madison Avenue, Suite 2000
Memphis, TN 38103

Mr. Theodore C. Anderson
Ms. Ashley E. Tremain
Kilgore & Kilgore
3109 Carlisle
Dallas, TX 75204

Mr. Kannon Cooper Conway
Mr. Michael Francis Rafferty
Harris Shelton Hanover Walsh
One Commerce Square, Suite 2700
Memphis, TN 38103

Mr. Kalpana Nagampalli
Feldman Law Group
220 East 42nd Street, Suite 3304
New York, NY 10017

Re: Case No. 14-5237, *Varsity Brands, Inc., et al v. Star Athletica, LLC*
Originating Case No. : 2:10-cv-02508

Dear Counsel:

This appeal has been docketed as case number **14-5237** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and

registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **March 20, 2014**.

Appellant: Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Transcript Order
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Appellee: Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 14-5237**

VARSITY BRANDS, INC.; VARSITY SPIRIT CORPORATION; VARSITY SPIRIT FASHIONS & SUPPLIES, INC.

        Plaintiffs - Appellants

v.

STAR ATHLETICA, LLC

        Defendant - Appellee