UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit
Case No.: _____ 14-5237 _____

Case Name: Varsity Brands, Inc., et al _____ vs. Star Athletica, LLC _____

Client's or
Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

Varsity Brands, Inc.
Varsity Spirit Corporation
Varsity Spirit Fashions & Supplies, Inc.

☑ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent    ☐ Intervenor        (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☐

Name: Bradley E. Trammell _____ Admitted: **May 6, 1991** _____
(Sixth Circuit admission date only)

Signature: _____

Firm Name: Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C.

Business Address: 165 Madison Ave

Suite: 2000 _____ City/State/Zip: Memphis, TN 38103

Telephone Number (Area Code): (901) 577-2121

Email Address: btrammell@bakerdonelson.com

CERTIFICATE OF SERVICE
I certify that on March 17, 2014 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Bradley E. Trammell _____