# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
## CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **14-5237**

Case Name: **Varsity Brands, Inc. et al v. Star Athletica, L.L.C.**

Is this case a cross appeal?  ☐ Yes  ☑ No

Has this case or a related one been before this court previously?  ☐ Yes  ☑ No

If yes, state:

   Case Name: _____ Citation: _____

   Was that case mediated through the court's program?  ☐ Yes  ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

**Plaintiffs Varsity Brands, Inc., Varsity Spirit Corporation, and Varsity Spirit Fashions & Supplies, Inc. appeal against Defendant Star Athletica, L.L.C. on the issues of whether the District Court erred in granting Defendant's Motion for Summary Judgment and dismissing Plaintiffs' claims, denying Plaintiffs' Motion for Summary Judgment, and denying Plaintiffs' Motion to Preclude Testimony of Putative Experts, including the issues of whether Plaintiffs' five copyrighted two-dimenional designs at issue are separable and/or non-functional under copyright law, and whether expert testimony is permissible in that regard.**

**This is to certify that a copy of this statement was served on opposing counsel of record this __17th__ day of**

_____ **March** , **2014** .

                            **Bradley E. Trammell**
                            Name of Counsel for Appellant