# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  March 19, 2014

Mr. Adam Stephen Baldridge
Mr. Grady M. Garrison
Mr. Bradley E. Trammell
Baker Donelson
165 Madison Avenue, Suite 2000
Memphis, TN 38103

Mr. Theodore C. Anderson
Ms. Ashley E. Tremain
Kilgore & Kilgore
3109 Carlisle
Dallas, TX 75204

Mr. Kannon Cooper Conway
Mr. Michael Francis Rafferty
Harris Shelton Hanover Walsh
One Commerce Square, Suite 2700
Memphis, TN 38103

Mr. Kalpana Nagampalli
Feldman Law Group
220 E. 42nd Street
Suite 3304
New York, NY 10017

Re: Case No. 14-5237, *Varsity Brands, Inc., et al v. Star Athletica, LLC*
Originating Case No. : 2:10-cv-02508

Dear Counsel:

Briefing in this case will be held in abeyance temporarily pending receipt of transcript.  When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039