# Appearance of Counsel

Sixth Circuit
Case No.: 14-5237

Case Name: Varsity Brands, Inc., et al    vs. Star Athletica, LLC

Client's or
Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

Varsity Brands, Inc.
Varsity Spirit Corporation
Varsity Spirit Fashions & Supplies, Inc.

☑ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act

☐ Appellee    ☐ Respondent    ☐ Intervenor    (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☑

Name: Grady M. Garrison    Admitted: September 30, 1998

(Sixth Circuit admission date only)

Signature: s/ Grady M. Garrison

Firm Name: Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.

Business Address: 165 Madison Avenue

Suite: 2000    City/State/Zip: Memphis, Tennessee 38103

Telephone Number (Area Code): 901-577-8151

Email Address: ggarrison@bakerdonelson.com

---

CERTIFICATE OF SERVICE

I certify that on March 19, 2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Grady M. Garrison

---

6ca-68
6/12