UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit
Case No.: _____14-5237_____

Case Name: __Varsity Brands, Inc., et al__ vs. __Star Athletica, LLC__

Client's or
Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

Varsity Brands, Inc.
Varsity Spirit Corporation
Varsity Spirit Fashions & Supplies, Inc.

☑ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee  ☐ Respondent  ☐ Intervenor  (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☐

Name: __Adam S. Baldridge__  Admitted: __March 18, 2014__
(Sixth Circuit admission date only)

Signature: __s/ Adam S. Baldridge__

Firm Name: __Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.__

Business Address: __165 Madison Avenue__

Suite: __2000__  City/State/Zip: __Memphis, Tennessee 38103__

Telephone Number (Area Code): __901-577-2102__

Email Address: __abaldridge@bakerdonelson.com__

CERTIFICATE OF SERVICE

I certify that on __March 21, 2014__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __Adam S. Baldridge__