UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit
Case No.: 14-5237

Case Name: Varsity Brands, Inc., et al    vs. Star Athletica, LLC

Client's or
Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

Varsity Brands, Inc.
Varsity Spirit Corporation
Varsity Spirit Fashions & Supplies, Inc.

☑ Appellant        ☐ Petitioner        ☐ Amicus Curiae        ☐ Criminal Justice Act
☐ Appellee         ☐ Respondent        ☐ Intervenor              (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm.  Check if you are lead counsel.  ☐

Name: Nicholas L. Vescovo          Admitted: March 18, 2014
                                                                 (Sixth Circuit admission date only)

Signature: s/ Nicholas L. Vescovo

Firm Name: Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.

Business Address: 165 Madison Avenue

Suite: 2000        City/State/Zip: Memphis, Tennessee 38103

Telephone Number (Area Code): 901-577-8103

Email Address: nvescovo@bakerdonelson.com

CERTIFICATE OF SERVICE
I certify that on March 21, 2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Nicholas L. Vescovo

6ca-68
6/12