# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**331 POTTER STEWART U.S. COURTHOUSE**

| | | |
|---|---|---|
| PAUL B. CALICO | **100 EAST FIFTH STREET** | TELEPHONE (513) 564-7330 |
| *Chief Circuit Mediator* | **CINCINNATI, OHIO 45202-3988** | FAX (513) 564-7349 |
| DEBORAH N. GINOCCHIO | CA06-MEDIATION@CA6.USCOURTS.GOV | |
| RODERICK M. MCFAULL | | |
| MARIANN YEVIN | | |

April 9, 2014

Adam S. Baldridge, Esq.                          Michael Francis Rafferty, Esq.
Grady M. Garrison, Esq.                          Steven Michael Crosby, Esq.
Bradley E. Trammell, Esq.                        Theodore C. Anderson, Esq.
Nicholas Lloyd Vescovo, Esq.

   Re:  *Varsity Brands, Inc., et al v. Star Athletica*, *LLC,* CA No. 14-5237

Dear Counsel:

   Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the briefing schedule for this/these appeal(s) has been extended by _____**thirty-five (35)**_____ days.  The briefs must be filed electronically with the Clerk's Office no later than these dates.  The modified schedule is as follows:

   Appellant's Brief                          **Filed electronically by June 9, 2014**
   Appendix (if required by
   6th Cir. R. 30(a))

   Appellee's Brief                           **Filed electronically by July 10, 2014**
   Appendix (if required by
   6th Cir. R. 30(a) and (c))

   Appellant's Reply Brief                    Filed electronically **seventeen** days after the
   (Optional Brief)                           Appellee brief

   For more detailed information concerning the filing of electronic briefs, please refer to your initial briefing letter sent to you from the Clerk's Office.

   The Federal Rules of Appellate Procedure, Sixth Circuit Rules, and relevant checklists are available at www.ca6.uscourts.gov.  If you still have questions after reviewing the information on the web site, please contact the Clerk's Office before you file your briefs.

                                             Sincerely,
                                               /s/
                                             Deborah N. Ginocchio

lmr
cc:    Robin L. Johnson, Case Manager