No. 14-5237

# United States Court of Appeals for the Sixth Circuit

VARSITY BRANDS, INC., VARSITY SPIRIT CORPORATION, AND VARSITY SPIRIT FASHIONS & SUPPLIES, INC.,

*Plaintiffs-Appellants,*

v.

STAR ATHLETICA, L.L.C.,

*Defendant-Appellee.*

On Appeal from the United States District
Court for the Western District of Tennessee
(No. 2:10-cv-02508-RHC-cgc)

## MOTION FOR LEAVE TO FILE APPELLANTS' BRIEF UNDER SEAL

Grady M. Garrison
Bradley E. Trammell
Adam S. Baldridge
Nicholas L. Vescovo
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103

*Counsel for Plaintiffs-Appellants Varsity Brands, Inc., Varsity Spirit Corporation, and Varsity Spirit Fashions & Supplies, Inc.*

June 23, 2014

Appellants Varsity Brands, Inc., Varsity Spirit Corporation, and Varsity Spirit & Fashions, Inc. (collectively "Varsity"), by and through counsel, hereby move this Court for leave to file Appellants' Brief under seal.

During the course of this litigation before the district court, the parties filed numerous documents under seal pursuant to a Stipulated Protective Order, RE#83, PageID 841-852, because the documents included confidential business and proprietary information and were thus designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY" pursuant to the Stipulated Protective Order. Varsity now moves this Court for leave to file its Brief under seal because the Brief discusses, refers to, and quotes from the contents of documents which were designated by one or more of the parties as CONFIDENTIAL or HIGHLY CONFIDENTIAL/ATTORNEYS' EYES ONLY. This Court recognizes that "[t]o the extent that … appellate briefs contain confidential … information, they may be filed under seal." *Carter v. Welles-Bowen Realty, Inc.*, 628 F.3d 790, 791 (6th Cir. 2010). Additionally, Sixth Circuit Rule 25(h)(5) provides that "[d]ocuments sealed in the lower court or agency must continue to be filed under seal in this court" and that "[t]he filing must continue to comply with the requirements of the court or agency that originally ordered or authorized the documents to be sealed." 6 Cir. R. 25(h)(5).

Furthermore, much of the information designated pursuant to the Stipulated Protective Order contains confidential business and proprietary information that Varsity seeks to protect from public disclosure.

Finally, counsel for Varsity has conferred with counsel for Appellee Star Athletica, L.L.C. ("Star") and Star does not oppose the relief requested in this Motion. Pursuant to Sixth Circuit Rule 25(h)(2), Varsity also consulted with Sixth Circuit Court of Appeals Case Manager Robin L. Johnson prior to submitting the proposed sealed documents. The sealed version of Appellants' Brief will be served on all parties via electronic mail momentarily after the filing of the Brief. Simultaneously with the filing of the sealed version, Varsity is also filing with the Court a redacted version of Appellants' Brief which will not be filed under seal and which will be publicly available.

Accordingly, Varsity respectfully requests leave from the Court to file the Appellants' Brief under seal.

Respectfully submitted,

s/Adam S. Baldridge
Grady M. Garrison
Bradley E. Trammell
Adam S. Baldridge
Nicholas L. Vescovo
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000

Memphis, Tennessee 38103
Telephone : 901-526-2000
Facsimile: 901-577-0838

*Counsel for Plaintiffs-Appellants Varsity Brands, Inc., Varsity Spirit Corporation, and Varsity Spirit Fashion & Supplies, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of June, 2014, a copy of the foregoing was electronically filed and served on the parties listed below via electronic notice and the Notice of Electronic Filing indicated that Notice was electronically mailed to said parties. This document is being refilled this 24th day of June, 2014 to use the correct relief and was electronically filed and served on the parties listed below via electronic notice and the Notice of Electronic Filing indicates that Notice was electronically mailed to said parties:

Michael Francis Rafferty
Kannon Cooper Conway
HARRIS SHELTON HANOVER WALSH
One Commerce Square
Suite 2700
Memphis, TN 38103

Steven Michael Crosby
Kalpana Nagampalli
FELDMAN LAW GROUP
220 E. 42nd Street
Suite 3304
New York, NY 10017

*Counsel for Appellee Star Athletica, L.L.C.*

Theodore C. Anderson, III
Ashley E. Tremain
KILGORE & KILGORE
3109 Carlisle
Dallas, TX 75204

s/Adam S. Baldridge