No. 14-5237

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

VARSITY BRANDS, INC.; VARSITY SPIRIT CORPORATION;
VARSITY SPIRIT FASHIONS & SUPPLIES, INC.

Plaintiffs – Appellants

v.

STAR ATHLETICA, LLC

Defendant – Appellee

_____

UNOPPOSED MOTION OF APPELLEE STAR ATHLETICA, LLC
FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

_____

The appellee Star Athletica, LLC, pursuant to Rule 26(b) of the Federal Rules of

Appellate Procedure, moves the Court to extend by thirty (30) days the time to file the

appellee's brief, and in support of its motion respectfully states as follows:

1.     The appellants Varsity Brands, Inc., Varsity Spirit Corporation, and

Varsity Spirit Fashions & Supplies, Inc. ("Varsity"), filed the appellants' brief under

seal on June 23, 2014.

2.     The appellee's brief is due to be filed on July 24, 2014.

3.     Varsity's brief was filed under seal because some of the documents

1

discussed in the brief were filed under seal in the district court, and Star anticipates that it will also need to file its brief under seal for the same reason.

4. Star has devoted additional time to ensuring that all of the materials filed with the district court in connection with the parties' cross-motions for summary judgment, including all physical exhibits and certain documentary exhibits filed under seal outside of the Court's ECF system, are included in the record on appeal and available to the Court of Appeals.

5. Star's counsel in Memphis, Tennessee, Michael Rafferty, who is lead counsel for purposes of the appeal, has recently been out of the office related to a family member's 8-day emergency hospitalization at Vanderbilt Medical Center in Nashville, Tennessee, with follow-up care in Nashville as recently as July 14, 2014.

6. As a result of the efforts to ensure that a complete record is available to this Court for consideration of the issues raised in the present appeal and the personal issues of Star's lead appellate counsel, Star cannot complete the appellee's brief within the time provided in the current briefing schedule and requests an additional thirty days, through August 23, 2014, to file its brief.

7. Star's counsel, Michael Rafferty, spoke with Varsity's counsel, Adam Baldridge, on July 16, 2014, and Mr. Baldridge stated that Varsity consented to Star's request for a 30-day extension of time for it to file the appellee's brief.

WHEREFORE, based upon the foregoing, Star moves the Court to extend the time to file the appellee's brief for thirty days, through August 23, 2014.

Respectfully submitted,

*s/Michael F. Rafferty*
Michael F. Rafferty, Tenn. Disc. No. 10092
Harris Shelton Hanover Walsh, P.L.L.C.
Memphis, Tennessee  38103-2555
(901) 525-1455
Memphis, TN  38103

Steven M. Crosby
The Feldman Law Group
New York, New York

Theodore C. Anderson
Kilgore & Kilgore
Dallas, Texas

Attorneys for Star Athletica, LLC

## CERTIFICATE OF SERVICE

Pursuant to Rule 25(d) of the Federal Rules of Appellate Procedure, I certify that a copy of the motion to extend the time to file the brief of the Appellee Star Athletica, LLC was served on Varsity's counsel, Grady M. Garrison, Bradley Trammell, Adam S. Baldridge and Nicholas L. Vescovo, BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC, 165 Madison Avenue, Suite 2000, Memphis, Tennessee  38103, this 17th day of July, 2014.

*s/Michael F. Rafferty*