**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 22, 2014

Mr. Theodore C. Anderson III
Kilgore & Kilgore
3109 Carlisle
Dallas, TX 75204

Mr. Adam Stephen Baldridge
Mr. Grady M. Garrison
Mr. Nicholas Lloyd Vescovo
Mr. Bradley E. Trammell
Baker Donelson
165 Madison Avenue
Suite 2000
Memphis, TN 38103

Mr. Steven Michael Crosby
Feldman Law Group
220 E. 42nd Street
Suite 3304
New York, NY 10017

Mr. Michael Francis Rafferty
Harris Shelton Hanover Walsh
One Commerce Square
Suite 2700
Memphis, TN 38103

Re: Case No. 14-5237, *Varsity Brands, Inc., et al v. Star Athletica, LLC*
Originating Case No. : 2:10-cv-02508

Dear Counsel:

Briefing in this case will be held in abeyance temporarily pending ruling on the motion to seal the brief. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely yours,

s/Jeanine R. Hance on behalf of Robin Johnson
Case Manager
Direct Dial No. 513-564-7037