No. 14-5237

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

VARSITY BRANDS, INC., et al.,  )
 )
 Plaintiffs-Appellants,  )
 )
v.  )  O R D E R
 )
STAR ATHLETICS, LLC,  )
 )
 Defendant-Appellee.  )
 )
 )

FILED
Dec 01, 2014
DEBORAH S. HUNT, Clerk

Varsity Brands, Inc., Varsity Spirit Corporation, and Varsity Spirit Fashions & Supplies, Inc. (collectively, "Varsity") appeal the summary judgment for Star Athletica, LLC ("Star") in this copyright-infringement action arising from the design of cheerleading uniforms. Varsity moves to file its brief under seal, asserting that documents filed in the district court under seal are referred to at length in its brief. Star does not oppose the motion.

Documents filed in this court generally must be made available to the public. *Procter & Gamble Co. v. Bankers Trust Co.*, 78 F.3d 219, 227 (6th Cir. 1996); *see also* 6th Cir. R. 28(d) ("Briefs filed with the court are public records. A brief that refers to sealed information is not automatically sealed."). But "[d]ocuments sealed in the lower court . . . must continue to be filed under seal in this court." 6th Cir. R. 25(h)(5).

Varsity's brief makes only limited references to pleadings filed under seal in the district court, and these references do not appear to constitute either confidential or proprietary

information despite their designation as such. Therefore, the motion to seal the brief is

**DENIED**.

ENTERED BY ORDER OF THE COURT

_____
Deborah S. Hunt, Clerk