|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 07, 2015

Mr. Theodore C. Anderson III
Kilgore & Kilgore
3109 Carlisle
Dallas, TX 75204

Mr. Steven Michael Crosby
Feldman Law Group
220 E. 42nd Street, Suite 3304
New York, NY 10017

Mr. Michael Francis Rafferty
Harris Shelton Hanover Walsh
One Commerce Square, Suite 2700
Memphis, TN 38103

      Re: Case No. 14-5237, *Varsity Brands, Inc., et al v. Star Athletica, LLC*
         Originating Case No. : 2:10-cv-02508

Dear Counsel:

   The brief which you submitted to the court does not comply with the Federal Rules of Appellate Procedure or Sixth Circuit Rules - the specific correction is that the brief and appendix must be filed as SEPARATE documents under two separate docket entries.

   The corrected brief  and appendix must be filed by **January 8, 2015**.  For docketing purposes when filing the corrected briefs, select the <u>Event Category</u> of "<u>Briefing</u>", followed by "<u>corrected brief</u>".   The appendix can be filed under <u>Event Category</u> of "<u>Briefing</u>", followed by "<u>appendix</u>".   If you have any questions, please contact the clerk's office for assistance.

         Sincerely yours,

         s/Robin L. Johnson
         Case Manager
         Direct Dial No. 513-564-7039

cc: Mr. Adam Stephen Baldridge
   Mr. Grady M. Garrison
   Mr. Bradley E. Trammell
   Mr. Nicholas Lloyd Vescovo