

# HARRIS SHELTON
### HANOVER WALSH — PLLC

## RECEIVED

JAN - 6 2015

## DEBORAH S. HUNT, Clerk

**MICHAEL F. RAFFERTY**

Of Counsel

mrafferty@harrisshelton.com
**Downtown Memphis Office**
Telephone 901-525-1455
Direct Dial 901-435-0128
Fax 901-526-4084

Licensed in Tennessee, Mississippi and Arkansas

January 5, 2015

**VIA FEDEX**

Ms. Deborah S. Hunt, Clerk
ATTN: Ms. Robin L. Johnson, Case Manager
United States Court of Appeals for the Sixth Circuit
100 East Fifth Street, Room 540
Cincinnati, OH 45202-3988

> Re: Case No. 14-5237, *Varsity Brands, Inc., et al. v. Star Athletica, LLC*
> Originating Case No. : 2:10-cv-02508

Dear Ms. Johnson:

We filed the Brief of Appellee Star Athletica, LLC and the Appendix to Appellee's Brief in this case today via ECF. A copy of the notice of filing is enclosed.

In line with your instructions, we are forwarding to you four (4) CDROM's containing PDF's of the documents identified in the appellee's brief which were filed under seal on two (2) separate disks with the District Court in connection with the parties' cross-motions for summary judgment.

Thank you for your assistance and cooperation.

Sincerely,

HARRIS SHELTON
HANOVER WALSH, PLLC

Michael F. Rafferty

cc: All counsel of record (w/enclosures)

**DOWNTOWN MEMPHIS**
One Commerce Square
40 S. Main Street, Suite 2700
Memphis, Tennessee 38103-2555
*ph* 901-525-1455
*f* 901-526-4084

**EAST MEMPHIS**
999 S. Shady Grove, Suite 300
Memphis, TN 38120-4126
*ph* 901-682-1455
*f* 901-682-4446

**OXFORD**
829 North Lamar Blvd, Suite 2
Oxford, Mississippi 38655
*ph* 662-234-7447
*f* 662-234-3776

| | |
|---|---|
| **From:** | ca06-ecf-noticedesk@ca6.uscourts.gov |
| **Sent:** | Monday, January 05, 2015 4:12 PM |
| **To:** | Mike Rafferty |
| **Subject:** | 14-5237 Varsity Brands, Inc., et al v. Star Athletica, LLC "appellee brief" |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Sixth Circuit

**Notice of Docket Activity**

The following transaction was filed on 01/05/2015

| | |
|---|---|
| **Case Name:** | Varsity Brands, Inc., et al v. Star Athletica, LLC |
| **Case Number:** | 14-5237 |
| **Document(s):** | Document(s) |

**Docket Text:**
APPELLEE BRIEF filed by Mr. Michael Francis Rafferty for Star Athletica, LLC. Certificate of Service:01/05/2015. Argument Request: requested. (MFR)

**Notice will be electronically mailed to:**

Mr. Michael Francis Rafferty: mrafferty@harrisshelton.com
Mr. Grady M. Garrison: ggarrison@bakerdonelson.com
Mr. Bradley E. Trammell: btrammell@bakerdonelson.com, btramemll@bakerdonelson.com, kshelat@bakerdonelson.com
Mr. Adam Stephen Baldridge: abaldridge@bakerdonelson.com, amorris@bakerdonelson.com
Mr. Theodore C. Anderson, III: tca@kilgorelaw.com, pam@kilgorelaw.com
Mr. Nicholas Lloyd Vescovo: nvescovo@bakerdonelson.com
Mr. Steven Michael Crosby: smcrosby@feldman-law.com, marcos@feldman-law.com

**Notice will be stored in the notice cart for:**

Robin L. Johnson

The following document(s) are associated with this transaction:
**Document Description:** appellee brief