No. 14-5237

# United States Court of Appeals for the Sixth Circuit

VARSITY BRANDS, INC., VARSITY SPIRIT CORPORATION, AND VARSITY SPIRIT FASHIONS & SUPPLIES, INC.,

*Plaintiffs-Appellants,*

v.

STAR ATHLETICA, L.L.C.,

*Defendant-Appellee.*

On Appeal from the United States District
Court for the Western District of Tennessee
(No. 2:10-cv-02508-RHC-cgc)

## APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Grady M. Garrison
Bradley E. Trammell
Adam S. Baldridge
Nicholas L. Vescovo
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103

Thomas Kjellberg
COWAN, LIEBOWITZ &
LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 10036
Telephone: 212-790-9202
Facsimile: 212- 575-0671

*Counsel for Plaintiffs-Appellants Varsity Brands, Inc., Varsity Spirit Corporation, and Varsity Spirit Fashions & Supplies, Inc.*

January 21, 2015

Appellants Varsity Brands, Inc., Varsity Spirit Corporation, and Varsity Spirit Fashions & Supplies, Inc. (collectively "Varsity"), by and through counsel and pursuant to Federal Rule of Appellate Procedure 26(b) and Sixth Circuit Rule 26(a), hereby move this Court for a short extension of time, up to and including January 26, 2015, to file Appellants' Reply Brief.

On June 23, 2014, Varsity filed its opening brief in this appeal. On July 17, 2014, Star moved for and obtained a 30 day extension of time to file its responsive brief. On August 22, 2014, the Court held the briefing in abeyance to rule on Varsity's motion to file its opening brief under seal. The Court subsequently issued the current briefing scheduling, making Star's responsive brief due on January 5, 2015, the day on which Star filed its brief. Star's filing triggered the time for Varsity to file its Reply Brief, which is currently due on January 22, 2015. Included within Varsity's 17 day period of time to file its reply brief was the legal holiday celebrating Dr. Martin Luther King Jr.'s Birthday, and Varsity's counsel's offices were closed in observance of that holiday. Accordingly, in light of the intervening holiday and the lack of any prejudice or significant delay at this stage of the current briefing schedule, Varsity requests a short extension of time, up to and including January 26, 2015, to file its Reply Brief.

Additionally, counsel for Varsity has conferred with counsel for Star, and Star has informed counsel for Varsity that Star does not oppose the relief requested in this Motion.

Respectfully submitted,

s/ Adam S. Baldridge
Grady M. Garrison
Bradley E. Trammell
Adam S. Baldridge
Nicholas L. Vescovo
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone :  901-526-2000
Facsimile:  901-577-0838

Thomas Kjellberg
COWAN, LEIBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 10036
Telephone : 212-790-9202
Facsimile : 212-575-0671

*Counsel for Plaintiffs-Appellants Varsity Brands, Inc., Varsity Spirit Corporation, and Varsity Spirit Fashion & Supplies, Inc.*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 21st day of January, 2015, a copy of the foregoing was electronically filed and served on the parties listed below via electronic notice, and the Notice of Electronic Filing indicated that Notice was electronically mailed to said parties:

Michael Francis Rafferty
Kannon Cooper Conway
HARRIS SHELTON HANOVER WALSH
One Commerce Square
Suite 2700
Memphis, TN 38103

Steven Michael Crosby
Kalpana Nagampalli
FELDMAN LAW GROUP
220 E. 42nd Street
Suite 3304
New York, NY 10017

Theodore C. Anderson, III
Ashley E. Tremain
KILGORE & KILGORE
3109 Carlisle
Dallas, TX 75204

*Counsel for Appellee*
*Star Athletica, L.L.C.*

s/ Adam S. Baldridge