Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 21, 2015

Mr. Theodore C. Anderson III
Kilgore & Kilgore
3109 Carlisle
Dallas, TX 75204

Mr. Adam Stephen Baldridge
Mr. Grady M. Garrison
Mr. Bradley E. Trammell
Mr. Nicholas Lloyd Vescovo
Baker Donelson
165 Madison Avenue, Suite 2000
Memphis, TN 38103

Mr. Steven Michael Crosby
Feldman Law Group
220 E. 42nd Street, Suite 3304
New York, NY 10017

Mr. Michael Francis Rafferty
Harris Shelton Hanover Walsh
One Commerce Square, Suite 2700
Memphis, TN 38103

> Re: Case No. 14-5237, *Varsity Brands, Inc., et al v. Star Athletica, LLC*
>      Originating Case No. : 2:10-cv-02508

Dear Counsel:

   Appellant's motion to extend time to file reply brief has been granted. The briefing schedule for this case has been reset and the briefs listed below must be filed electronically with the Clerk's office no later than these dates. Counsel are strongly encouraged to read the latest version of the Sixth Circuit Rules at www.ca6.uscourts.gov, in particular Rules 28 and 30.

| | |
|---|---|
| Appellant's Reply Brief (Optional Brief) | Filed electronically on or before **January 26, 2015**. See Fed. R. App. P. 26(c) |

A party desiring oral argument must include a statement <u>in the brief</u> setting forth the reason(s) why oral argument should be heard.  *See* 6th Cir. R. 34(a).  If the docket entry for your brief indicates that you have requested oral argument but the statement itself is missing, you will be directed to file a corrected brief.

In scheduling appeals for oral argument, the court will do what it can to avoid any dates which counsel have called to its attention as presenting a conflict.  If you have any such dates, you should address a letter to the Clerk advising of the conflicted dates.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

Enclosure

# CHECKLIST FOR BRIEFS

ECF FUNDAMENTALS:

____ Briefs filed ECF unless filer is pro se or attorney with a waiver for ECF filings

____ PDF format required

____ Native PDF format strongly preferred

____ In consolidated cases (excluding cross-appeals), appellants should **un-check** the case number(s) that is/are not their case. The appellant's brief should appear only on the docket of his/her specific appeal.

____ Parties who have joined in a notice of appeal shall file a single brief. Fed. R. App. P. 3(b)(1).

COVER OF BRIEF (Fed. R. App. P. 32(a)(2)):

____ Sixth Circuit case number

____ Heading:  "United States Court of Appeals for the Sixth Circuit"

____ Title of case

____ Nature of proceeding and name of court, agency or board below

____ Title of brief (example "Appellant's Brief")

____ Name(s) and address(es) of counsel filing the brief

CONTENTS (Fed. R. App. P. 28, 6 Cir. R. 28):

____ Corporate Disclosure Form

____ Table of Contents

____ Table of Authorities with page references (with cases alphabetically arranged, statutes and other authorities)

____ **Statement in support of oral argument** (if there is no statement, argument is waived)

***Page limitation, word or line count begins here.  See Fed. R. App. P. 32(a)(7)

____ Jurisdictional statement

____ Statement of issues

____ Statement of the case, setting out the relevant facts and history with references to the record

When referring to a district court record, the citation must include: (1) a brief description of the document; (2) the docket entry number of the document; and (3) the Page ID # range for the relevant pages.  See 6 Cir. R. 28 for additional information on how to reference appendices or administrative records in other appeals.  Examples:

   Motion for Summary Judgment, RE 24, Page ID # 120-145
   Transcript, RE 53, Page ID # 675-682
   Plea Agreement, R. 44, Page ID # 220-225
   A.R., RE 5, Page ID # 190-191, pp. 69-70

___   Summary of argument

___   Argument **with references to record and citations to case law, statutes and other authorities**.  The preferred format is that references and citations appear in the body of the text and not in footnotes.

___   Standard of review (for each issue which may appear in discussion of each issue or under separate heading placed before discussion of issues)

___   Signed conclusion
    Signature format is: s/(attorney's name)
    Graphic or other electronic signatures discouraged
***Page limitation, word or line count ends here

___   A Certificate of Compliance as required by Fed. R. App. P. 32(a)(7)(C)

___   Dated Certificate of Service

___   **Designation of Relevant District Court Documents with Page ID # range**

___   Other Addendum contents allowed by Fed. R. App. P. 28(f) or 6 Cir. R. 28(b). Addendum may **not** contain any items from lower court record or appendix.


TYPEFACE AND LENGTH (See Fed. R. App. 32(a)(5) and (a)(7):


___   Typeface either proportionally-spaced font at 14 point (such as CG Times or Times New Roman) or monospaced font at 12 point (such as Courier New)


Times New Roman at 14 point    `Courier New at 12 point`

___ Length for principal briefs: 30 pages OR up to 14,000 words (proportional fonts) OR up to 1300 lines (monospaced font)

___ Length for reply brief: 15 pages OR up to 7,000 words (proportional fonts) OR up to 650 lines (monospaced font)

___ Briefs using the 14,000 word or 1300 line limits <u>must</u> include word or line count in certificate of compliance (see Fed. R. App. P. 32(a)(7)(C)).

___ Headings, footnote and quotations count toward word or line limitations

___ For Death Penalty briefs, see 6 Cir. R. 32(b)(2)

___ For Cross-Appeals, see Fed. R. App. P. 28.1

___ For Amicus briefs, see Fed. R. App. P. 29 and 32

MISCELLANEOUS:

___ Personal information must be redacted from the brief - see Fed. R. App. P. 25(a)(5) for specifics. When filing a brief, the ECF system will require attorneys to verify that personal information has been redacted.

___ Footnotes must be same sized text as body of brief.