# United States Court of Appeals
## For the Sixth Circuit

## Oral Argument Acknowledgment

Sixth Circuit Case No.: _____14-5237_____

Case Name: _____Varsity Brands, Inc., et al_____ vs. _____Star Athletica, LLC_____

I will be presenting oral argument for:

☑ Appellant  ☐ Petitioner  ☐ Amicus Curiae

☐ Appellee  ☐ Respondent  ☐ Intervenor  ☐ Other

Party Name/s:

Varsity Brands, Inc.
Varsity Spirit Corporation
Varsity Spirit Fashions & Supplies, Inc.

Attorney's Name: Grady M. Garrison

Argument Date: April 24, 2015

## If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.

Docketing Instructions:
First, select the *Event Category* of **Argument**.
Second, choose **argument acknowledgment.**