# United States Court of Appeals
## For the Sixth Circuit

## Oral Argument Acknowledgment

Sixth Circuit Case No.: _____

Case Name: _____ vs. _____

I will be presenting oral argument for:

☐ Appellant ☐ Petitioner ☐ Amicus Curiae

☐ Appellee ☐ Respondent ☐ Intervenor ☐ Other

Party Name/s:

Attorney's Name: _____

Argument Date: _____

**If you have not previously registered as an ECF filer
and filed an appearance form in this case, you must do both.**

Docketing Instructions:
First, select the *Event Category* of **Argument**.
Second, choose **argument acknowledgment.**

Rev. 8/12