**No. 14-5237**

# United States Court of Appeals
# for the Sixth Circuit

VARSITY BRANDS, INC., VARSITY SPIRIT CORPORATION, AND VARSITY SPIRIT
FASHIONS & SUPPLIES, INC.,

*Plaintiffs-Appellants,*

v.

STAR ATHLETICA, L.L.C.,

*Defendant-Appellee.*

On Appeal from the United States District
Court for the Western District of Tennessee
(No. 2:10-cv-02508-RHC-cgc)

**APPELLANTS' DESIGNATION OF PHYSICAL EXHIBITS TO BE
FORWARDED TO THE SIXTH CIRCUIT COURT OF COURT APPEALS
PURSUANT TO 6 CIR. R. 10(b)(2)**

Grady M. Garrison
Bradley E. Trammell
Adam S. Baldridge
Nicholas L. Vescovo
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103

Thomas Kjellberg
COWAN, LIEBOWITZ &
LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 10036
Telephone: 212-790-9202
Facsimile: 212- 575-0671

*Counsel for Plaintiffs-Appellants Varsity Brands, Inc., Varsity Spirit Corporation,
and Varsity Spirit Fashions & Supplies, Inc.*

April 3, 2015

Appellants Varsity Brands, Inc., Varsity Spirit Corporation, and Varsity Spirit Fashions & Supplies, Inc. (collectively "Varsity"), by and through counsel and pursuant to Sixth Circuit Rule 10(b)(2), hereby designate the following physical exhibits to be forwarded by the Clerk of the Western District of Tennessee to the Sixth Circuit Court of Appeals and request permission from the Clerk of the Sixth Circuit Court of Appeals to have the physical exhibits forwarded. As set forth in Varsity's Notice of Filing Physical Exhibits, RE#171, PageID 2298-99, and in the Appendix to Varsity's Opening Brief, the following physical exhibits filed by Varsity are part of the record and are located in the file room in the Western District of Tennessee's Memphis courthouse on top of the exhibit cabinet:

- **Exhibit A** to the Declaration of Gary Spencer[1] (Sublimated cheerleading uniforms bearing designs 0815, 078, 074, 299A and 299B);

- **Exhibit B** to the Declaration of Gary Spencer (Fabric displaying sublimated designs before being cut out and sewn);

- **Exhibit C** to the Declaration of Gary Spencer (Blank silhouette garments); and

- **Exhibit D** to the Declaration of Gary Spencer (Warmups and Jackets).

---

[1] Declaration of Gary Spencer, RE#173-1, PageID 2409-2435.

Varsity submits that having the physical exhibits readily accessible to the Court will be beneficial to the Court as it considers the arguments made by the parties in their briefs and at oral argument. Accordingly, Varsity respectfully requests written permission from the Clerk of the Sixth Circuit Court of Appeals to have the above-listed physical exhibits forwarded by the Clerk of the Western District of Tennessee to the Sixth Circuit Court of Appeals.

Respectfully submitted,

s/Adam S. Baldridge
Grady M. Garrison
Bradley E. Trammell
Adam S. Baldridge
Nicholas L. Vescovo
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone : 901-526-2000
Facsimile: 901-577-0838

Thomas Kjellberg
COWAN, LEIBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 10036
Telephone : 212-790-9202
Facsimile : 212-575-0671

*Counsel for Plaintiffs-Appellants Varsity Brands, Inc., Varsity Spirit Corporation, and Varsity Spirit Fashion & Supplies, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of April, 2015, a copy of the foregoing was electronically filed and served on the parties listed below via electronic notice, and the Notice of Electronic Filing indicated that Notice was electronically mailed to said parties:

Michael Francis Rafferty
Kannon Cooper Conway
HARRIS SHELTON HANOVER WALSH
One Commerce Square
Suite 2700
Memphis, TN 38103

Steven Michael Crosby
Kalpana Nagampalli
FELDMAN LAW GROUP
220 E. 42nd Street
Suite 3304
New York, NY 10017

Theodore C. Anderson, III
Ashley E. Tremain
KILGORE & KILGORE
3109 Carlisle
Dallas, TX 75204

*Counsel for Appellee*
*Star Athletica, L.L.C.*

s/Adam S. Baldridge