Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 06, 2015

Mr. Thomas M. Gould
Western District of Tennessee at Memphis
167 N. Main Street, Suite 242
Memphis, TN 38103-0000

Re: Case No. 14-5237, *Varsity Brands, Inc., et al v. Star Athletica, LLC*
Originating Case No. : 2:10-cv-02508

Dear Mr. Gould:

The Court issued the enclosed Order today in this case. Please note that oral argument is set for 8:30 a.m. Friday, April 24, 2015, so we appreciate your timely response thereto.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

cc: Mr. Theodore C. Anderson III
Mr. Adam Stephen Baldridge
Mr. Steven Michael Crosby
Mr. Grady M. Garrison
Mr. Michael Francis Rafferty
Mr. Bradley E. Trammell
Mr. Nicholas Lloyd Vescovo

Enclosure