No. 14-5237

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| VARSITY BRANDS, INC.; VARSITY SPIRIT CORPORATION; VARSITY SPIRIT FASHIONS & SUPPLIES, INC., | ) ) ) ) | **FILED**<br>Apr 06, 2015<br>DEBORAH S. HUNT, Clerk |
| Plaintiffs-Appellants, | ) ) | |
| v. | ) ) | O R D E R |
| STAR ATHLETICA, LLC, | ) ) | |
| Defendant-Appellee. | ) | |

Pursuant to Sixth Circuit Rule 10(b)(2), the plaintiffs-appellants advise of physical exhibits filed in the district court and designate those exhibits for forwarding to this court.

Therefore, the district court clerk is requested to forward to the clerk of this court the following: (1) Exhibit A to the Declaration of Gary Spencer (RE 173-1, Page ID 2409-2435) (Sublimated cheerleading uniforms bearing designs 0815, 078, 074, 299A and 299B); (2) Exhibit B to the Declaration of Gary Spencer (Fabric displaying sublimated designs before being cut out and sewn); (3) Exhibit C to the Declaration of Gary Spencer (Blank silhouette garments); and (4) Exhibit D to the Declaration of Gary Spencer (Warmups and Jackets). Upon receipt, the exhibits will be retained in the clerk's office of this court pending the appellate proceedings and returned to the district court at the conclusion of the appeal.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_____
Deborah S. Hunt, Clerk