**No. 14-5237**

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

VARSITY BRANDS, INC.; VARSITY SPIRIT CORPORATION;
VARSITY SPIRIT FASHIONS & SUPPLIES, INC.

Plaintiffs – Appellants

v.

STAR ATHLETICA, LLC

Defendant – Appellee

_____

**APPELLEE'S DESIGNATION OF PHYSICAL AND NON-ELECTRONIC
EXHIBITS TO BE TRANSMITTED TO COURT OF APPEALS**

_____

Appeal from a final judgment of the United States District Court for the Western District of Tennessee, **District Court No. 2:10-cv-0258-RHC-cgc,** Hon. Robert H. Cleland, United States District Judge, presiding by appointment.

Michael F. Rafferty, Tenn. Disc. No. 10092
Harris Shelton Hanover Walsh, P.L.L.C.
Memphis, Tennessee

Steven M. Crosby
The Feldman Law Group
New York, New York

Theodore C. Anderson
Kilgore & Kilgore
Dallas, Texas

Attorneys for Star Athletica, LLC

The appellee Star Athletica, LLC, pursuant to Rule 10(b)(2) of the Rules of the Sixth Circuit, hereby designates the following physical exhibits as items of unusual bulk or weight to be forwarded to the Court of Appeals because they are necessary for the Court to understand the issues and decide the appeal. Further, in addition to the physical exhibits filed with the district court in support of its motion for summary judgment, Star also designates the non-electronic exhibits included on the two (2) discs filed in connection with the parties' cross-motions for summary judgment as non-electronic exhibits to also be forwarded to the Court of Appeals.

1.     As described in detail in the "Notice of Filing of Exhibits in Support of Star's Motion for Summary Judgment" (RE 213, PageID 4452-5) and the exhibits to the Notice (RE 213-1, PageID 4456-70), Star filed 60 non-electronic exhibits with the district court in support of its motion for summary judgment.

2.     The non-electronic exhibits filed with the district court in support of Star's motion for summary judgment include physical exhibits such as specimens of cheerleading uniforms.

3.     Star hereby designates the following cheerleading uniforms as non-electric exhibits of unusual bulk or weight to be forwarded to the Court of Appeals because they are important to the appeal:

   a.     Exhibit 6 – Kimberly Williams Deposition Exhibit 10, physical sample of Varsity style WS0815RA cheerleader uniform;

b. Exhibit 7 – Kimberly Williams Deposition Exhibit 11, physical sample of Varsity style WS299A cheerleader uniform;

c. Exhibit 8 – Kimberly Williams Deposition Exhibit 12, physical sample of Varsity style WS078FA cheerleader uniform;

d. Exhibit 9 – Kimberly Williams Deposition Exhibit 13, physical sample of Varsity style WS074RA cheerleader uniform; and

e. Exhibit 10 – Kimberly Williams Deposition Exhibit 14, physical sample of Varsity style WS299B cheerleader uniform.

4. In accordance with Rule 10(b)(2), Star requests that these physical exhibits be forwarded to the Court of Appeals.

5. Star also designates the disc with the remainder of Star's 60 exhibits filed under seal with the district court in support of its motion for summary judgment as non-electronic exhibits to be forwarded to the Court of Appeals.

6. In addition to the foregoing non-electronic exhibits filed under seal in support of its motion for summary judgment, Star also filed under seal a disc containing multiple exhibits (Exhibits A through CC) in response to Varsity's statement of undisputed material facts. *See* "Notice of Filing of Exhibits to Star Athletica's Response to Varsity's Statement of Undisputed Facts for Motion for Summary Judgment Via Disc Under Seal" (RE 176-1, PageID 3171-4).

7. Star hereby designates the non-electronic exhibits filed under seal with the district court on the disc in response to Varsity's statement of undisputed material facts

as non-electronic exhibits to be forwarded to the Court of Appeals because they are also necessary for the Court to understand the issues and decide the appeal, since the case was dismissed on Star's motion for summary judgment. These non-electronic exhibits are identified at PageID 3271 through 3273 and were filed under seal with the district court on a disc on May 7, 2013.

Respectfully submitted,

*s/Michael F. Rafferty*
Michael F. Rafferty, Tenn. Disc. No. 10092
HARRIS SHELTON
HANOVER WALSH, P.L.L.C.
2700 One Commerce Square
Memphis, Tennessee  38103-2555
(901) 525-1455
mrafferty@harrisshelton.com

FELDMAN LAW GROUP, P.C.
By:  *s/Steven M. Crosby*
Steven M. Crosby
Kalpana Nagampalli
smcrosby@feldman-law.com
kalpana@feldman-law.com
220 East 42nd Street, Suite 3304
New York, New York 10017
(212) 532-8585

Attorneys for Defendant-Appellee
Star Athletica, LLC

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing was filed through the Court's CM/ECF System and duly served through the electronic noticing system upon plaintiff's counsel, Grady M. Garrison, Bradley Trammell and Adam S. Baldridge, BAKER, DONELSON,

BEARMAN, CALDWELL & BERKOWITZ, PC, 165 Madison Avenue, Suite 2000, Memphis, TN 38103, this 13th day of April, 2015.

*s/Michael F. Rafferty*