|                    | 100 EAST FIFTH STREET, ROOM 540      |                        |
|--------------------|--------------------------------------|------------------------|
| Deborah S. Hunt    | POTTER STEWART U.S. COURTHOUSE        | Tel. (513) 564-7000    |
| Clerk              | CINCINNATI, OHIO 45202-3988          | www.ca6.uscourts.gov   |

Filed: April 14, 2015

Mr. Michael Francis Rafferty
Harris Shelton Hanover Walsh
One Commerce Square
Suite 2700
Memphis, TN 38103

> Re: Case No. 14-5237, *Varsity Brands, Inc., et al v. Star Athletica, LLC*
> Originating Case No. : 2:10-cv-02508

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Roy G. Ford for Ms. Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7016

cc: Mr. Theodore C. Anderson III
    Mr. Adam Stephen Baldridge
    Mr. Steven Michael Crosby
    Mr. Grady M. Garrison
    Mr. Bradley E. Trammell
    Mr. Nicholas Lloyd Vescovo

Enclosure