No. 14-5237

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

VARSITY BRANDS, INC.; VARSITY SPIRIT )
CORPORATION; VARSITY SPIRIT )
FASHIONS & SUPPLIES, INC., )
                         )
      Plaintiffs-Appellants, )
                         )
v. )         O R D E R
                         )
STAR ATHLETICA, LLC, )
                         )
      Defendant-Appellee. )

**FILED**
Apr 14, 2015
DEBORAH S. HUNT, Clerk

In view of the defendant-appellee's designation pursuant to Sixth Circuit Rule 10(b)(2)

advising of additional physical exhibits that it wishes to have transmitted to the court of appeals,

The parties are advised that all physical exhibits have been forwarded to this court.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Deborah S. Hunt, Clerk