# United States Court of Appeals
# For the Sixth Circuit

## Oral Argument Acknowledgment

Sixth Circuit Case No.: _____ 14-5237 _____

Case Name: _____ Varsity Brands, Inc., et al. _____ vs. _____ Star Athletica, LLC _____

I will be presenting oral argument for:

- [ ] Appellant
- [ ] Petitioner
- [ ] Amicus Curiae
- [✓] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Other

Party Name/s:

Star Athletica, LLC
(Per instruction of Mary Patterson: This Acknowledgement supersedes the
Acknowledgment of Steven M. Crosby, Doc. 45)

Attorney's Name: Michael F. Rafferty

Argument Date: April 24, 2015

## If you have not previously registered as an ECF filer
## and filed an appearance form in this case, you must do both.

Docketing Instructions:
First, select the *Event Category* of **Argument**.
Second, choose **argument acknowledgment**.

Rev. 8/12