**636 - 6th Floor East Courtroom, 8:30 A.M.**  **Friday, April 24, 2015**
### Guy, Moore, McKeague

**14-5237   Varsity Brands, Inc., et al. v. Star Athletica, LLC**

Varsity Brands, Inc., et al            ret  Grady M. Garrison
    **Plaintiffs – Appellants**

3 min.

### V.

Star Athletica, LLC                    ret  Michael F. Rafferty
    **Defendant - Appellee**

Plaintiffs appeal the summary judgment for defendant in this copyright infringement action arising from the design of cheerleading uniforms.   (15 Minutes Per Side).

*Karen Fultz*