UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 14-5237

VARSITY BRANDS, INC.; VARSITY SPIRIT
CORPORATION; VARSITY SPIRIT FASHIONS
& SUPPLIES, INC.,

   Plaintiffs - Appellants,

  v.

STAR ATHLETICA, LLC,

   Defendant - Appellee.

**FILED**
Aug 19, 2015
DEBORAH S. HUNT, Clerk

Before: GUY, MOORE, and McKEAGUE, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Western District of Tennessee at Memphis.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the district court's judgment in favor of Star Athletica in the matter of Varsity's designs being copyrightable and its order dismissing Varsity's state-law claims are VACATED, and the case is REMANDED for further proceedings consistent with the opinion of this court.

**ENTERED BY ORDER OF THE COURT**

_____

Deborah S. Hunt, Clerk