No. 14-5237
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

VARSITY BRANDS, INC.; VARSITY SPIRIT CORPORATION;
VARSITY SPIRIT FASHIONS & SUPPLIES, INC.

Plaintiffs – Appellants

v.

STAR ATHLETICA, LLC

Defendant – Appellee

_____

MOTION OF APPELLEE STAR ATHLETICA, LLC FOR 14-DAY
EXTENSION OF TIME TO FILE PETITION FOR REHEARING EN BANC

_____

Appeal from a final judgment of the United States District Court for the Western District of Tennessee, Hon. Robert H. Cleland, United States District Judge, presiding by appointment.

Respectfully submitted,

Michael F. Rafferty, Tenn. Disc. No. 10092
Harris Shelton Hanover Walsh, P.L.L.C.
Memphis, Tennessee

Steven M. Crosby
The Feldman Law Group
New York, New York

Theodore C. Anderson
Kilgore & Kilgore
Dallas, Texas

Attorneys for Star Athletica, LLC

Appellee Star Athletica, LLC, pursuant to Sixth Circuit Rules 26, 35, and 40, moves the Court for a 14-day extension of time to file a petition for rehearing en banc, and in support of its motion, respectfully states as follows:

1.      On August 19, 2015, this Court filed an Opinion and Judgment which vacated the judgment of the district court and entered partial summary judgment.

2.      A petition for rehearing would be due on September 2, 2015.

3.      No previous extension of time has been sought or granted.

4.      As set forth herein, good cause exists and there are most compelling reasons for the Court to extend by 14 days the time for Star to file a petition for rehearing en banc.

5.      This case presents significant and substantial issues pertaining to: (a) the application of copyright law to clothing; and (b) whether 2-dimensional fabric design copyrights can be used to stop the competitive manufacture of 3-dimensional garments.

6.      The issue of whether a broad or narrow definition of the function of a design element of clothing should apply to garments as a "useful article" under the Copyright Act is an important one that has challenged this Court, which split on this question, with Judge McKeague dissenting.

7.      The majority's decision also raises an important issue about the use of experts in copyright cases involving clothing and the potential for copyright misuse: does the plaintiff's registration of works depicting clothing and assertion of such works

as "fabric designs" preclude a defendant from offering expert testimony on functionality, when the design elements of clothing depicted control the 3- dimensional shape and cut, style and fit of the defendant's clothing?

8. Given the lack of uniformity of opinion among the Circuit Courts on these issues and this panel's own division on a key point, Star wishes to petition the Sixth Circuit to rehear this case en banc.

9. Star needs additional time to prepare its petition for rehearing due to its counsel's multiple pre-existing practice commitments which include and require travel and compliance with other pre-established time limitations, all of which limit the amount of time for counsel to prepare a petition for rehearing in this case.

10. Varsity does not oppose Star's motion.

11. Based upon the foregoing, Star respectfully moves the Court to extend the time by 14 days for it to file a petition for rehearing en banc.

Respectfully submitted,

*s/Michael F. Rafferty*
Michael F. Rafferty, Tenn. Disc. No. 10092
HARRIS SHELTON
HANOVER WALSH, P.L.L.C.
2700 One Commerce Square
Memphis, Tennessee  38103-2555
(901) 525-1455
mrafferty@harrisshelton.com

FELDMAN LAW GROUP, P.C.
By:  *s/Steven M. Crosby*
Steven M. Crosby

Kalpana Nagampalli
smcrosby@feldman-law.com
kalpana@feldman-law.com
220 East 42nd Street, Suite 3304
New York, New York 10017
(212) 532-8585

Attorneys for Defendant-Appellee
Star Athletica, LLC

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed through the Court's CM/ECF System and duly served through the electronic noticing system upon plaintiff's counsel, Grady M. Garrison, Bradley Trammell and Adam S. Baldridge, BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC, 165 Madison Avenue, Suite 2000, Memphis, TN 38103, this 26th day of August, 2015.

*s/Michael F. Rafferty*