No. 14-5237

# United States Court of Appeals for the Sixth Circuit

VARSITY BRANDS, INC., VARSITY SPIRIT CORPORATION, AND VARSITY SPIRIT FASHIONS & SUPPLIES, INC.,

*Plaintiffs-Appellants,*

v.

STAR ATHLETICA, L.L.C.,

*Defendant-Appellee.*

On Appeal from the United States District
Court for the Western District of Tennessee
(No. 2:10-cv-02508-RHC-cgc)

## APPELLANTS' RESPONSE TO APPELLEE'S MOTION FOR 14-DAY EXTENSION OF TIME TO FILE PETITION FOR REHEARING EN BANC

Grady M. Garrison
Bradley E. Trammell
Adam S. Baldridge
Nicholas L. Vescovo
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103

Thomas Kjellberg
COWAN, LIEBOWITZ &
LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 10036
Telephone: 212-790-9202
Facsimile: 212- 575-0671

*Counsel for Plaintiffs-Appellants Varsity Brands, Inc., Varsity Spirit Corporation, and Varsity Spirit Fashions & Supplies, Inc.*

August 27, 2015

Appellants Varsity Brands, Inc., Varsity Spirit Corporation, and Varsity Spirit Fashions & Supplies, Inc. (collectively "Varsity"), by and through counsel, submit this Response to Appellee Star Athletica, L.L.C.'s ("Star") Motion for a 14-Day Extension of Time to File Petition for Rehearing En Banc (Dkt. No. 59).

Varsity files this Response to dispute Star's characterization of Varsity's position with regard to Star's Motion. In its Motion, Star stated that "Varsity does not oppose Star's motion." *See* Star's Mot. for Extension ¶ 10. This characterization of Varsity's position is inaccurate. In fact, in response to Star's request for an extension, Varsity responded by email correspondence:

> Varsity has routinely agreed to extensions in the past but the parameters of the Rule governing this extension don't appear to allow Varsity to consent as there are specific grounds which must be present to merit an extension under the Rule.

As Varsity informed Star, Varsity does not consent to the relief sought by Star due to the absence of the "most compelling reasons" which are required under Sixth Circuit Rule 40. Star's Motion seems to confirm the absence of such reasons.

Accordingly, while Varsity disagrees with Star's other characterizations related to the substantive issues addressed by the Court, this Response is submitted to provide the Court with Varsity's position with regard to Star's Motion, which does not appear to satisfy the requirements under Sixth Circuit Rule 40.

Respectfully submitted,

s/Adam S. Baldridge
Grady M. Garrison
Bradley E. Trammell
Adam S. Baldridge
Nicholas L. Vescovo
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone :  901-526-2000
Facsimile:  901-577-0838

Thomas Kjellberg
COWAN, LEIBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 10036
Telephone : 212-790-9202
Facsimile : 212-575-0671

*Counsel for Plaintiffs-Appellants Varsity
Brands, Inc., Varsity Spirit Corporation,
and Varsity Spirit Fashion & Supplies, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of August, 2015, a copy of the foregoing was electronically filed and served on the parties listed below via electronic notice, and the Notice of Electronic Filing indicated that Notice was electronically mailed to said parties:

Michael FrancisRafferty
HARRIS SHELTON HANOVER WALSH
One Commerce Square
Suite 2700
Memphis, TN 38103

Steven Michael Crosby
FELDMAN LAW GROUP
220 E. 42nd Street
Suite 3304
New York, NY 10017

Theodore C. Anderson, III
KILGORE & KILGORE
3109 Carlisle
Dallas, TX 75204

*Counsel for Appellee
Star Athletica, L.L.C.*

s/Adam S. Baldridge