**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 28, 2015

Mr. Michael Francis Rafferty
Harris Shelton Hanover Walsh
One Commerce Square
Suite 2700
Memphis, TN 38103

Re: Case No. 14-5237, *Varsity Brands, Inc., et al v. Star Athletica, LLC*
Originating Case No. : 2:10-cv-02508

Dear Counsel,

The court has granted your motion for an extension of time in which to file a petition for rehearing en banc.

Your petition is to be filed no later than the close of business on Wednesday, **September 16, 2015**. No further extensions will be granted.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Mr. Theodore C. Anderson III
    Mr. Adam Stephen Baldridge
    Mr. Steven Michael Crosby
    Mr. Grady M. Garrison
    Mr. Bradley E. Trammell
    Mr. Nicholas Lloyd Vescovo