UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: _____

Case Name: _____ vs. _____

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee   ☐ Respondent   ☐ Intervenor        (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm.  ☐ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

_____

Name: _____ Admitted: _____
(Sixth Circuit admission date only)

Signature: _____

Firm Name: _____

Business Address: _____

Suite: _____ City/State/Zip: _____

Telephone Number (Area Code): _____

Email Address: _____

CERTIFICATE OF SERVICE
I certify that on _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/_____

6ca-68
8/14