No. 14-5237

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

VARSITY BRANDS INC., ET AL.,

    Plaintiffs-Appellants,

v.

STAR ATHLETICA, LLC,

    Defendant-Appellee.

FILED

Oct 07, 2015

DEBORAH S. HUNT, Clerk

O R D E R

**BEFORE:**  GUY, MOORE, and McKEAGUE, Circuit Judges.

The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case. The petition then was circulated to the full[*] court. No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petition is denied. Judge McKeague would grant rehearing for the reasons stated in his dissent.

**ENTERED BY ORDER OF THE COURT**

**Deborah S. Hunt, Clerk**

---

[*]Judge Donald recused herself from participation in this ruling.