**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 07, 2015

Mr. John J. Bursch
Warner, Norcross & Judd
111 Lyon Street, N.W.
Suite 900
Grand Rapids, MI 49503

Re:  Case No. 14-5237, *Varsity Brands, Inc., et al v. Star Athletica, LLC*
Originating Case No. : 2:10-cv-02508

Dear Mr. Bursch,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc:  Mr. Theodore C. Anderson III
Mr. Adam Stephen Baldridge
Mr. Steven Michael Crosby
Mr. Grady M. Garrison
Mr. Matthew T. Nelson
Mr. Michael Francis Rafferty
Mr. Bradley E. Trammell
Mr. Nicholas Lloyd Vescovo

Enclosure