Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 30, 2015

Mr. Theodore C. Anderson III
Kilgore & Kilgore
3109 Carlisle
Dallas, TX 75204

Mr. Adam Stephen Baldridge
Mr. Grady M. Garrison
Mr. Bradley E. Trammell
Mr. Nicholas Lloyd Vescovo
Baker Donelson
165 Madison Avenue, Suite 2000
Memphis, TN 38103

Mr. John J. Bursch
Mr. Matthew T. Nelson
Warner, Norcross & Judd
111 Lyon Street, N.W., Suite 900
Grand Rapids, MI 49503

Mr. Steven Michael Crosby
Feldman Law Group
220 E. 42nd Street, Suite 3304
New York, NY 10017

Mr. Michael Francis Rafferty
Harris Shelton Hanover Walsh
One Commerce Square, Suite 2700
Memphis, TN 38103

Re: Case No. 14-5237, *Varsity Brands, Inc., et al v. Star Athletica, LLC*
Originating Case No. : 2:10-cv-02508

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

cc: Mr. Thomas M. Gould

Enclosure