Case No. 14-5237

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

VARSITY BRANDS, INC.; VARSITY SPIRIT CORPORATION; VARSITY SPIRIT
FASHIONS & SUPPLIES, INC.

        Plaintiffs - Appellants

v.

STAR ATHLETICA, LLC

        Defendant - Appellee


BEFORE:  GUY, MOORE, MCKEAGUE, Circuit Judges;


    Upon consideration of motion to stay mandate,

    It is **ORDERED** that the mandate be stayed to allow appellee time to file a petition for a

writ of certiorari, and thereafter until the Supreme Court disposes of the case, but shall promptly

issue if the petition is not filed within ninety days from the date of final judgment by this court.

               **ENTERED BY ORDER OF THE COURT**
               Deborah S. Hunt, Clerk

Issued: October 30, 2015