UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: _____ 14-5237 _____

Case Name: Varsity Brands, Inc., et al. _____ vs. Star Athletica, L.L.C. _____

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

Varsity Brands, Inc.; Varsity Spirit Corporation; Varsity Spirit Fashions & Supplies, Inc.

☑ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. ☐ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

_____

Name: Thomas Kjellberg _____ Admitted: June 30, 2014 _____
(Sixth Circuit admission date only)

Signature: s/ Thomas Kjellberg _____

Firm Name: Cowan, Liebowitz & Latman, P.C. _____

Business Address: 1133 Avenue of the Americas _____

Suite: _____ City/State/Zip: New York, New York 10036 _____

Telephone Number (Area Code): 212-790-9200 _____

Email Address: txk@cll.com _____

CERTIFICATE OF SERVICE
I certify that on 12/23/15 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Thomas Kjellberg _____

6ca-68
8/14