# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

January 7, 2016

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

> **FILED**
> Jan 08, 2016
> DEBORAH S. HUNT, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

      Re:  Star Athletica, L.L.C.
           v. Varsity Brands, Inc., et al.
           No. 15-866
           (Your No. 14-5237)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on January 5, 2016 and placed on the docket January 7, 2016 as No. 15-866.

          Sincerely,

          **Scott S. Harris**, Clerk

          by

          Michael Duggan
          Case Analyst