# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 2, 2016

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

**FILED**
May 03, 2016
DEBORAH S. HUNT, Clerk

    Re:  Star Athletica, L.L.C.
          v. Varsity Brands, Inc., et al.
          No. 15-866
          (Your No. 14-5237)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted limited to Question 1 presented by the petition.

Sincerely,

Scott S. Harris, Clerk