**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 24, 2017

Mr. Thomas M. Gould
Western District of Tennessee at Memphis
167 N. Main Street
Suite 242
Memphis, TN 38103-0000

Re: Case No. 14-5237, *Varsity Brands, Inc., et al v. Star Athletica, LLC*
Originating Case No. : 2:10-cv-02508

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Cathryn Lovely for Robin Baker
Case Manager
Direct Dial No. 513-564-7027

cc: Mr. Theodore C. Anderson III
Mr. Adam Stephen Baldridge
Mr. John J. Bursch
Mr. Steven Michael Crosby
Mr. Grady M. Garrison
Mr. Thomas Kjellberg
Mr. Matthew T. Nelson
Mr. Michael Francis Rafferty
Mr. Bradley E. Trammell
Mr. Nicholas Lloyd Vescovo

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

_____

No: 14-5237
_____

Filed: March 24, 2017

VARSITY BRANDS, INC.; VARSITY SPIRIT CORPORATION; VARSITY SPIRIT
FASHIONS & SUPPLIES, INC.

        Plaintiffs - Appellants

v.

STAR ATHLETICA, LLC

        Defendant - Appellee

<u>MANDATE</u>

Pursuant to the court's disposition that was filed 08/19/2015 the mandate for this case hereby

issues today.

COSTS:  None