# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 24, 2017

FILED
Apr 24, 2017
DEBORAH S. HUNT, Clerk

Clerk
United States Court of Appeals
 for the Sixth Circuit
Potter Stewart U. S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

     **Re:  Star Athletica, L. L. C.
         v. Varsity Brands, Inc., et al.,
         No. 15-866 (Your docket No. 14-5237)**

Dear Clerk:

     Attached please find a certified copy of the judgment of this Court in the above-entitled case.  You may obtain a copy of the opinion by visiting our website, http://www.supremecourt.gov.

          Sincerely,

          SCOTT S. HARRIS, Clerk

          By

          Herve' Bocage
          Judgments/Mandates Clerk

Enc.
cc:    Mr. John J. Bursch, Esq.
       Mr. William M. Jay, Esq.

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 24, 2017

Mr. John J. Bursch, Esq.
Bursch Law PLLC
9339 Cherry Valley Avenue SE, #78
Caledonia, Michigan 49316

      **Re:   Star Athletica, L. L. C.**
              **v. Varsity Brands, Inc., et al.,**
              **No. 15866**

Dear Mr. Bursch:

     Attached please find a certified copy of the judgment of this Court in the above-entitled case.  You may obtain a copy of the opinion by visiting our website, http://www.supremecourt.gov.

                            Sincerely,

                            SCOTT S. HARRIS, Clerk

                            By

                            Herve' Bocage
                            Judgments/Mandates Clerk

Enc.
cc:    Mr. William M. Jay, Esq.
        Clerk, USCA for the Sixth Circuit
            (Your docket No. 14-5237)

# Supreme Court of the United States

No.        15-866

**STAR ATHLETICA, L. L. C.,**

Petitioner

v.

**VARSITY BRANDS, INC., ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Sixth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court in this cause is affirmed.

March 22, 2017



A True Copy SCOTT S. HARRIS

Test

Clerk of the Supreme Court of the United States

By: Cynthia Rapp