# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 19, 2015

Mr. Theodore C. Anderson III
Kilgore & Kilgore
3109 Carlisle
Dallas, TX 75204

Mr. Steven Michael Crosby
Feldman Law Group
220 E. 42nd Street
Suite 3304
New York, NY 10017

Mr. Adam Stephen Baldridge
Mr. Grady M. Garrison
Mr. Bradley E. Trammell
Mr. Nicholas Lloyd Vescovo
Baker Donelson
165 Madison Avenue, Suite 2000
Memphis, TN 38103

Mr. Michael Francis Rafferty
Harris Shelton Hanover Walsh
One Commerce Square, Suite 2700
Memphis, TN 38103

Re: Case No. 14-5237, *Varsity Brands, Inc., et al v. Star Athletica, LLC*
Originating Case No. : 2:10-cv-02508

Dear Counsel,

The court today announced its decision in the above-styled case.

Enclosed is a copy of the court's opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Yours very truly,

Deborah S. Hunt, Clerk

Cathryn Lovely
Deputy Clerk

cc: Mr. Thomas M. Gould

Enclosures

Mandate to issue.